## CASE ANNOUNCEMENTS
*November 3, 2009*

[Cite as *11/03/2009 Case Announcements #2*, 2009-Ohio-5776.]

## MOTION AND PROCEDURAL RULINGS

2008–1624.  In re Smith.
Allen App. No. 1–07–58, 2008-Ohio-3234. This cause is pending before the court as an appeal from the Court of Appeals for Allen County. Upon consideration of the motion of amici curiae The Justice for Children Project et al. to realign as neutral amici and motion to participate in oral argument on November 4, 2009,
It is ordered by the court that the motions are denied.

## CASE ANNOUNCEMENTS
*November 4, 2009*

[Cite as *11/04/2009 Case Announcements*, 2009-Ohio-5704.]

## MERIT DECISIONS WITHOUT OPINIONS

2009–1513.  State ex rel. Foster v. Smith.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2009–1555.  [State ex rel.] Perry v. McKay.
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2009–1578.  State ex rel. Moton v. Richland Cty. Probate Court.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Motion to suppress or strike motion to dismiss denied. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2009–1681.  Ferguson v. Bradshaw.
In Habeas Corpus. On petition for writ of habeas corpus of Wayne Ferguson. Sua sponte, cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.